**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Keith Devon MANN, Defendant–Appellant.**

**No. 05–13230**

**Non–Argument Calendar.**

**D.C. Docket No. 05–00001–CR–4–RH–WCS.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 23, 2005.

Michael Thomas Simpson, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Before ANDERSON, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Randolph P. Murrell, appointed appellate counsel for Keith Devon Mann in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Mann's conviction and sentence are AFFIRMED.